Decision Per Curiam.

—————

The Lake City Water and Light Company, a corporation under the laws of Florida, Plaintiff in Error, vs. M. H. Marsh, Defendant in Error.

## DIVISION B.

Writ of error to Circuit Court, Columbia county; from judgment of default entered by clerk.

*A. J. Henry,* for Plaintiff in Error.

---

Memorandum Decisions.

---

*T. B. Oliver* and *B. H. Palmer,* for Defendant in Error

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.